182 P.3d 1195

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Moyle v. Y & Y Hyup Shin, Corp. | 26582 | 04/04/2008 Granted | 116 Hawai'i 388, 173 P.3d 535 |
| State v. Heggland ............... | 27755 | 03/31/2008 Granted | 116 Hawai'i 376, 173 P.3d 523 |